UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ONE BARBERRY REAL ESTATE
HOLDING LLC, FARM RIVER ROCK, LLC
and JOHN PATTON

: CIVIL NO. 3:17-cv-00985 SVN

VS. :
:
JOSEPH MATURO, JR., MARK NIMONS,
CHRISTOPHER SOTO and MICHAEL
MILICI :


JOHN PATTON, ONE BARBERRY REAL
ESTATE HOLDING LLC and
FARM RIVER ROCK, LLC

:
: CIVIL NO. 3:17-cv-01392 SVN
VS. :
:
TOWN OF EAST HAVEN : FEBRUARY 11, 2025
:

## STATUS REPORT

Since the previous status report was filed with the Court the parties have exchanged multiple drafts and have made progress toward agreeing on the language of the settlement agreement. With the Court's permission the parties will report back to the Court by February 18th.


    PLAINTIFFS

    By/s/ Kirk D. Tavtigian, Jr.
    Kirk D. Tavtigian, Jr.
    Law Offices of Kirk D. Tavtigian, LLC
    P.O. Box 417
    Avon, CT 06001
    CT05460
    860-690-4430

860-606-9888 fax
ktavtigian@aol.com

DEFENDANTS

By: /s/Tadhg Dooley
    Tadhg Dooley
    Emmett Gilles
    Gautam Rao
    WIGGIN AND DANA LLP
    One Century Tower
    265 Church Street
    New Haven, CT 06510
    (203) 498-4400
    tdooley@wiggin.comm

## Certificate of Service

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kirk D. Tavtigian, Jr.
Kirk D. Tavtigian, Jr.
Law Offices of Kirk D. Tavtigian, LLC
P.O. Box 417
Avon, CT 06001
CT05460
860-690-4430, 860-606-9888 fax
ktavtigian@aol.com