UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ONE BARBERRY REAL ESTATE
HOLDING LLC, FARM RIVER ROCK, LLC
and JOHN PATTON

                              :          CIVIL NO. 3:17-cv-00985 SVN

VS.                           :
                              :
JOSEPH MATURO, JR., MARK NIMONS,
CHRISTOPHER SOTO and MICHAEL
MILICI                        :


JOHN PATTON, ONE BARBERRY REAL
ESTATE HOLDING LLC and
FARM RIVER ROCK, LLC

                              :
                              :          CIVIL NO. 3:17-cv-01392 SVN
VS.                           :
                              :
TOWN OF EAST HAVEN            :          FEBRUARY 18, 2025
                              :

STATUS REPORT

       The parties have reached agreement on the language of the written settlement agreement and are in the

process of having the agreement signed. Pursuant to the agreement, upon the settlement proceeds being

received by plaintiffs' counsel, plaintiffs will file a Satisfaction of Judgment with this Court and defendants

shall then file a Stipulation of Dismissal of Appeal with the Second Circuit.


       PLAINTIFFS

       By/s/ Kirk D. Tavtigian, Jr.
       Kirk D. Tavtigian, Jr.
       Law Offices of Kirk D. Tavtigian, LLC
       P.O. Box 417
       Avon, CT 06001

CT05460
860-690-4430
860-606-9888 fax
ktavtigian@aol.com


DEFENDANTS


By: /s/Tadhg Dooley
     Tadhg Dooley
     Emmett Gilles
     Gautam Rao
     WIGGIN AND DANA LLP
     One Century Tower
     265 Church Street
     New Haven, CT 06510
     (203) 498-4400
     tdooley@wiggin.comm


## Certificate of Service

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Kirk D. Tavtigian, Jr.
Kirk D. Tavtigian, Jr.
Law Offices of Kirk D. Tavtigian, LLC
P.O. Box 417
Avon, CT 06001
CT05460
860-690-4430, 860-606-9888 fax
ktavtigian@aol.com