UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE BARBERRY REAL ESTATE HOLDING LLC, FARM RIVER ROCK, LLC and JOHN PATTON | : | CIVIL NO. 3:17-cv-00985 SVN |
| VS. | : | |
| JOSEPH MATURO, JR., MARK NIMONS, CHRISTOPHER SOTO and MICHAEL MILICI | : | |
| | | |
| JOHN PATTON, ONE BARBERRY REAL ESTATE HOLDING LLC and FARM RIVER ROCK, LLC | : | CIVIL NO. 3:17-cv-01392 SVN |
| VS. | : | |
| TOWN OF EAST HAVEN | : | FEBRUARY 25, 2025 |

SATISFACTION OF JUDGMENT

Full and complete payment and satisfaction of the judgment entered in these cases is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

PLAINTIFFS

By/s/ Kirk D. Tavtigian, Jr.
Kirk D. Tavtigian, Jr.
Law Offices of Kirk D. Tavtigian, LLC
P.O. Box 417
Avon, CT 06001
CT05460
860-690-4430

1

      860-606-9888 fax
      ktavtigian@aol.com

## Certificate of Service

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>/s/ Kirk D. Tavtigian, Jr.</u>
Kirk D. Tavtigian, Jr.
Law Offices of Kirk D. Tavtigian, LLC
P.O. Box 417
Avon, CT 06001
CT05460
860-690-4430, 860-606-9888 fax
ktavtigian@aol.com